IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON E. CRAKER and DANA M. CRAKER,<br>          Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>          Defendant. | 2:11-cv-00225-GLL |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of _____, 2012, upon consideration of the within Motion to Seal Appendix in Support of Plaintiffs' Memorandum of Law in Opposition to State Farm's Motion for Partial Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that Document Nos. 66, 67 and 68 entitled Appendix and Exhibits at the above captioned matter are sealed and removed from public view.

BY THE COURT:

_____