IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CLINTON E. CRAKER, ET UX.,       )
     Plaintiffs,                 )
                                 )
          v.                     )     Civil Action No. 11-225
                                 )
STATE FARM MUTUAL AUTOMOBILE     )
INSURANCE COMPANY,               )
     Defendant.                  )
```

ORDER

AND NOW, this 23rd day of July, 2012, IT IS HEREBY ORDERED

that the parties in the instant case shall proceed as follows:

1)  The pre-trial conference in the instant case will now
    be held on Friday, October 19, 2012 at 1:30 p.m.;

2)  Jury selection and trial will now begin before the
    undersigned on Monday, October 29, 2012 at 9:30 a.m.
    in Courtroom #3A, 3rd floor, U.S. Courthouse, 700
    Grant Street, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record