IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON E. CRAKER and DANA M. CRAKER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 11-0225 ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

ORDER

AND NOW, this 6th day of August, 2012, IT IS HEREBY ORDERED that defendant's Motion in Limine Regarding Unsubstantiated Injuries [Doc. No. 91] and plaintiff's Motion in Limine to Preclude the Introduction of Any and All Evidence Regarding the Receipt of Disability Payments [Doc. No. 103] are GRANTED.

IT IS FURTHER ORDERED that all remaining motions in limine filed in the above-captioned case [Doc. Nos. 86, 87, 88, 89, 90, 94, 98, 101, 105, 108, and 110], are DENIED.

BY THE COURT,

_____, C.J.

cc: All Counsel of Record